UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN JHAGROO,

                          Petitioner,

           -against-

IMMIGRATION COURTS,

                          Respondent.

1:19-CV-3689 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 20, 2019, denying the amended petition,

IT IS ORDERED, ADJUDGED AND DECREED that the amended petition is denied. The Court construes a portion of the amended petition as a petition for review and denies it for lack of jurisdiction without prejudice to Petitioner's filing a petition for review in the appropriate Court of Appeals. 8 U.S.C. § 1252(a)(5), (b)(2), (g). The Court denies the remainder of the amended petition in which Petitioner challenges a Suffolk County conviction or sentence without prejudice to Petitioner's filing a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254 in the proper venue for such a petition, the United States District Court for the Eastern District of New York. *See* 28 U.S.C. § 1406(a).

Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

Dated:   December 20, 2019
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge